NICHOLAS S. CHRISOS, COUNTY COUNSEL
and JAMES C. HARMAN, SENIOR DEPUTY – State Bar No. 183973
333 West Santa Ana Boulevard, Room 407
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone:  714/834-5257
Facsimile:   714/834-2359
Email: james.harman@coco.ocgov.com

JS-6

Attorneys for Plaintiff County of Orange

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF ORANGE, | Case No.  SACV 09-00938 AG (RNBx) |
| Plaintiff, | |
| | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| NICHEVISION FORENSICS, LLC, an Ohio limited liability company, | |
| Defendant. | |

Pursuant to the "Stipulation to Dismissal with Prejudice" filed in the above-captioned matter under Federal Rules of Civil Procedure, Rule 41, and good cause appearing, **IT IS HEREBY ORDERED**

The above-captioned matter is DISMISSED WITH PREJUDICE;

Defendant shall give notice of the entry of this Order.

DATED:  November 20, 2009

_____
UNITED STATES DISTRICT JUDGE
ANDREW J. GUILFORD

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1

## PROOF OF SERVICE

I do hereby declare that I am a citizen of the United States, employed in the County of Orange, over 18 years of age and that my business address is 333 W. Santa Ana Blvd., Room 407, Santa Ana, California, 92702-1379. I am not a party to the within action.

On November 20, 2009, I served the foregoing **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** on all other parties to this action by placing a true copy of said document in a sealed envelope in the following manner:

[**X**]   (BY U.S. MAIL) I placed such envelope(s) addressed as shown below for collection and mailing at Santa Ana, California, following this office's ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[**X**]   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
Anthony Lievanos

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

David E. Outwater, Esq.                Attorneys for Defendant, Nichevision
Outwater & Pinckes LLP                 Forensics, LLC
2102 Business Center Dr #151
Irvine, CA 92612